UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. §2252A(a)(5)(B) |
| | : | and §2256 |
| **MICHAEL J. MATHERON,** | : | (Certain Activities Relating to Material |
| **Defendant.** | : | Constituting or Containing Child |
| | : | Pornography) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 10, 2007, within the District of Columbia, the defendant, **MICHAEL J. MATHERON**, did unlawfully and knowingly possess child pornography, as defined in 18 United States Code, Section 2256, that had been mailed, shipped, and transported in interstate commerce, by any means, including by computer.

(**Certain Activities Relating to Material Constituting or Containing Child Pornography,** in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2256)

                              JEFFREY A. TAYLOR
                              Attorney of the United States in
                              and for the District of Columbia
                              Bar No. 498610

BY: _____
       CATHERINE CONNELLY
       Mass. Bar # 649430
       Assistant United States Attorney
       Federal Major Crimes Section
       555 4th Street, N.W., Room 4844
       Washington, D.C.  20530
       (202) 616-3384
       Catherine.Connelly@usdoj.gov