**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  08-066 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL J. MATHERON** | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is assigned to

Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384

and/or email address:  Catherine.Connelly2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_Catherine K. Connelly_
Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414