Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-066 (RWR) |
| v. | : | **FILED** |
| MICHAEL J. MATHERON | : | MAY 2 3 2008 |
| | : | Clerk, U.S. District and Bankruptcy Courts |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I. ELEMENTS OF THE OFFENSE:

   A. The essential elements of the offense of Possession of Material Involving Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5) and 2256 are:

      i. That the Defendant knowingly received or possessed an item or items of child pornography, and

      ii. That such item[s] of child pornography had been transported, shipped, or mailed in interstate or foreign commerce, including by computer.

   B. Definitions:

      i. The term *child pornography* means any visual depiction including any photograph, film, video, picture, or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct

    or such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

  ii. The term *minor* means any person under the age of eighteen (18) years.

  iii. The term *identifiable minor* means a person who was a minor at the time the visual depiction was created, adapted, or modified or whose image as a minor was used in creating, adapting or modifying the visual depiction and who is recognizable as an actual person by the person's face, likeness, or other distinguishing characteristic, such as a unique birthmark or other recognizable feature; provided that the Government is not required to prove the actual identity of the identifiable minor.

  iv. The term *visual depiction* includes undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image.

II. COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. PENALTIES:

Pursuant to 18 United States Code § 2252A(b)(2), Possession of Material Involving Child Pornography carries a maximum sentence of 10 years imprisonment.

IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

At all times relevant to this offense, Michael John Matheron was employed at the Library of Congress (LOC) as a Congressional Research Specialist in the American Law Division. The Library of Congress is located at 101 Independence Avenue, SE, Washington, DC.

On September 19, 2007, the term "twinks" was detected on IP address 140.147.143.82. This IP address was assigned to user profile "MMATHERON" and was assigned to the computer located in Matheron's personal workspace. The term "twinks" is commonly used in the child pornography industry. Further investigation showed Matheron routinely used his LOC computer to access child pornography "internet groups" through Yahoo and Google to include "Crazy For Twink Butts," "Endless-Twinks-n-Things" and "Gayscat." Matheron used his LOC computer to access Google groups and his Yahoo accounts, which he used to save and upload images of child pornography.

Yahoo provides free web based Internet electronic mail access to the general public, and a Yahoo user with a Yahoo account is supplied with storage space that can only be accessed by the user. Matheron used his Yahoo account and Yahoo storage space to maintain his library of images of child pornography. A December 10, 2007 search of Matheron's Yahoo account and storage space revealed over 300 images of child pornography, consisting primarily of photographs of naked young boys engaging in sexually explicit conduct. During a December 10, 2007 search of Matheron's home in Silver Spring, Maryland, investigators seized a Dell desktop computer. Located on this computer was a video clip of naked pre-pubescent boys engaging in sexually explicit conduct, including oral and anal sex.

On December 10, 2007, Matheron was interviewed by LOC investigators. During this interview Matheron provided a statement in which he admitted that he has been using the internet

to access child pornography for approximately nine years. He admitted to looking at child pornography using both his home computer and his LOC work computer. He admitted to viewing over 500 images containing child pornography, and to viewing movie clips. He also admitted that he sometimes saved the images and movie clips.

The images located on Matheron's computer and Yahoo account were taken to the National Center for Missing and Exploited Children (NCMEC), where they were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in one of the images being identified as a known minor, (i.e. under age 18).

Matheron used a computer for the possession of the child pornography he possessed, and the images had been mailed, shipped, or transported through interstate commerce. Furthermore, some of the images of child pornography possessed by Matheron involved prepubescent minors or minors who had not attained the age of 12 years.

Limited Nature of Proffer

This proffer of evidence is not intended to constitute a complete statement of all facts known by Michael J. Matheron or the government, but is instead a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The facts either were provided by Matheron or were otherwise known to the government. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for Matheron's plea of guilty.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney

Catherine K. Connelly
Assistant United States Attorney
Major Crimes Section, Mass. Bar No. 649430
555 4th Street, N.W., # 4844
Washington, DC 20530
(202) 616-3384; Fax: 353-9414

DEFENDANT'S ACCEPTANCE

I have read the above proffer and have discussed it with my attorney, David Lease, Esquire. I fully understand the proffer and agree to it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully. I am pleading guilty because I am in fact guilty of the offenses describe above.

Date: 5/23/08

Michael J. Matheron
Defendant

5