CO-526
(12/86)



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
                              )
         vs.                  )   Criminal No. 08-66
_Michael Matherow_            )
                              )   **FILED**
                              )   MAY 2 3 2008
         **WAIVER OF TRIAL BY JURY**   Clerk, U.S. District and
                                       Bankruptcy Courts

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
        Defendant

_____
     Counsel for defendant

I consent:

_____
      United States Attorney
      (Assistant)

Approved:

_____
            Judge