AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

**FILED**
MAY 23 2008
Clerk, U.S. District and Bankruptcy Courts

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>*Matheron* | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08-66 |

I, *Michael J. Matheron*, the above named defendant, who is accused of *Possession of Material Involving Child Pornography, in violation of 18 U.S.C. §2252(a)(4) and 2256.*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *May 23, 2008*  prosecution by indictment and consent that the
_____ Date
proceeding may be by information rather than by indictment.

*/s/ M.J. Matheron*
Defendant

*/s/ Counsel*
Counsel for Defendant

Before _____
Judicial Officer