**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :      **CRIMINAL NO.  08-66 (RWR)**

      : 

      v.       :      **FILED**

      : 

**MICHAEL MATHERON**       :      **MAY 2 3 2008**

      :      Clerk, U.S. District and
         Bankruptcy Courts

**ORDER**

     Upon oral motion of the Government, and for good cause shown, it is this 23rd day of May,

2008,  hereby ORDERED that the defendant, Michael J. Matheron, shall report to the Metropolitan

Police Department First District Station at 415 4th Street, SW, Washington, DC, at 11:00 a.m. on May

27, 2008, for the purpose of  booking, fingerprinting, photographing and processing on the charges

contained in the information filed against him in this case.

                  _____

                  RICHARD W. ROBERTS
                  UNITED STATES JUDGE